

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,080-01

**EX PARTE JAIME MARIN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 2016CR7053W-W1 IN THE 187TH DISTRICT COURT
## FROM BEXAR COUNTY

*Per curiam.*

**O R D E R**

Applicant was convicted of assault-family violence and sentenced to five years' imprisonment. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims regarding his discretionary mandatory supervision and parole reviews are without merit. Therefore, we deny relief based on the trial court's findings and our own review of the record.

Applicant's claims regarding the calculations of his jail time credit are dismissed as

moot.

Filed: April 22, 2020
Do not publish